JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND TALLEY,<br>        Plaintiff,<br>v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>        Defendant. | Case No. 5:19-cv-2087-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: December 17, 2020

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE